COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-112-CV

SERVICE EMPLOYMENT REDEVELOPMENT (SER)
 
APPELLANT

V.

FORT WORTH INDEPENDENT SCHOOL DISTRICT
 APPELLEE

----------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s ”Motion for Voluntary Dismissal of Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and WALKER, JJ.  

DELIVERED:  July 23, 2009  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.